Beck Chevrolet Co., Inc., Appellant, v General Motors LLC, Respondent.

Submitted June 20, 2016; decided August 30, 2016

*See* 787 F3d 663.

Motion by the Alliance of Automobile Manufacturers and the Association of Global Automakers for leave to appear amici curiae on the motion for reargument granted and the memorandum is accepted as filed.

Judge Garcia taking no part.

Beck Chevrolet Co., Inc., Appellant, v General Motors LLC, Respondent.

Submitted July 5, 2016; decided August 30, 2016

*See* 787 F3d 663.

Motion by the Greater New York Automobile Dealers Association, Inc. for leave to appear amicus curiae on the motion for reargument granted and the brief is accepted as filed.

Judge Garcia taking no part.

CPS 227 LLC, Respondent, v Martin Brody, Appellant.

Submitted June 6, 2016; decided August 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Roman Furman, Appellant, v Anthony J. Annucci, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents.

Submitted May 31, 2016; decided August 30, 2016

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.